**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Yausmenda Freeman,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Clark County, Nevada, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00006-JAD-BNW<br><br>**ORDER** |

　　　Before the court is pro se Plaintiff's ex parte motion to reassign magistrate judge. ECF No. 3. Having considered the motion, the undersigned is not persuaded that she must recuse from this case. As Plaintiff points out, 28 U.S.C. § 455 requires judges to recuse in any proceeding in which their impartiality might reasonably be questioned. Here, Plaintiff argues that recusal is necessary because the undersigned is the magistrate judge in another one of Plaintiff's cases. The two cases involve different defendants, facts, and claims. *See* ECF No. 3 at 4. Plaintiff's argument, without more, does not explain why the undersigned's impartiality might reasonably be questioned in this case.

　　　IT IS THEREFORE ORDERED that Plaintiff's ex parte motion to reassign magistrate judge (ECF No. 3) is DENIED without prejudice.

　　　DATED this 7th day of January 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE